# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Laura Gribben, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>Total Card, Inc., a South Dakota corporation, Cavalry SPV I, LLC, a Delaware limited liability company, and Cavalry Portfolio Services, LLC, a Delaware limited liability company, )<br><br>Defendants. ) | No.  1:18-cv-14-JMS-TAB |

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's individual claims against the Defendants, hereby stipulates to the dismissal of her individual claims with prejudice and dismissal of the claims of the putative class members without prejudice.

Dated:  March 13, 2018

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2018, a copy of the foregoing **Notice of Voluntary Dismissal With Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Jennifer W. Weller<br>Hinshaw & Culbertson, LLP<br>222 North LaSalle Street<br>Suite 300<br>Chicago, Illinois 60601 | jweller@hinshawlaw.com |
| Anna-Katrina S. Christakis<br>Pilgrim Christakis, LLP<br>321 N. Clarke Street<br>26th Floor<br>Chicago, Illinois 60654 | kchristakis@pilgrimchristakis.com |
| John T. Steinkamp<br>5214 S. East Street<br>Suite D1<br>Indianapolis, Indiana 46227 | steinkamplaw@yahoo.com |

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com