**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| Laura Gribben, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No.  1:18-cv-14-JMS-TAB |
| Total Card, Inc., a South Dakota corporation, Cavalry SPV I, LLC, a Delaware limited liability company, and Cavalry Portfolio Services, LLC, a Delaware limited liability company, | ) ) ) ) ) ) |
| Defendants. | ) ) |

Dismissal with prejudice acknowledged.  JMS, CJ, 3/14/18 Distribution via ECF.

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a

settlement of Plaintiff's individual claims against the Defendants, hereby stipulates to

the dismissal of her individual claims with prejudice and dismissal of the claims of the

putative class members without prejudice.

Dated:  March 13, 2018

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com